IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY §<br>AS COURT-APPOINTED RECEIVER FOR §<br>THE STANFORD INTERNATIONAL §<br>BANK, LTD., ET AL. and the OFFICIAL §<br>STANFORD INVESTORS COMMITTEE, §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>TGC, LLC d/b/a GOLF CHANNEL, §<br>§<br>Defendant. § | Case No. 3:11-cv-00294<br>**JURY DEMANDED** |

### DEFENDANT TGC, LLC D/B/A GOLF CHANNEL'S
### <u>MOTION FOR ATTORNEYS' FEES</u>

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Texas Uniform Fraudulent Transfer Act, Chapter 24 of the Texas Business & Commerce Code ("TUFTA"), Section 24.013, Defendant TGC, LLC d/b/a Golf Channel ("Golf Channel") files its Motion for Attorneys' Fees ("Motion") and in support thereof, would respectfully show the Court as follows:

On November 5, 2013, the Court entered a take-nothing judgment on Plaintiffs' fraudulent transfer claims against Golf Channel in this case (Docket # 94). Golf Channel is entitled to recover its attorneys' fees incurred in the proceedings before this Court and any appeals filed by Plaintiffs. An award of Golf Channel's attorneys' fees is equitable and just under the circumstances. The fees that Golf Channel has incurred and may incur in the future are reasonable and necessary under the standards established by the Supreme Court of Texas and

previously applied by this Court in awarding fees to the Receiver when it prevailed on a fraudulent transfer claim in another case.

In support of its Motion, Golf Channel relies on: (1) the Brief in Support of Defendant TGC, LLC d/b/a Golf Channel's Motion for Attorneys' Fees; and (2) the Appendix to Motion for Attorneys' Fees, each filed contemporaneously herewith, and all Exhibits thereto, which are collectively incorporated by reference in this Motion pursuant to Federal Rule of Civil Procedure 10(c). Golf Channel further relies on all pleadings, evidence, and matters of record in the above-referenced caption.

WHEREFORE, PREMISES CONSIDERED, Golf Channel respectfully requests that its Motion for Attorneys' Fees be in all things granted and for such other relief to which it may show itself justly entitled.

Respectfully submitted,

*/s/ Theodore W. Daniel*
Theodore W. Daniel
State Bar No. 05362400
tdaniel@fulbright.com
**Attorney-In-Charge**
Tricia W. Macaluso
State Bar No. 24013773
tmacaluso@fulbright.com
Kyle M. Schindler
State Bar No. 24066033
kschindler@fulbright.com

2200 Ross Avenue
Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR DEFENDANT TGC, LLC
D/B/A GOLF CHANNEL

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2013, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, via hand delivery by permission of the Court. A copy of this document was served upon the following attorneys of record by certified mail, return receipt requested, and by email:

| | |
|---|---|
| Nicholas A. Foley<br>Douglas J. Buncher<br>Neligan Foley, LLP<br>325 N. St. Paul, Suite 3600<br>Dallas, Texas 75201<br>Telephone: 214-840-5320<br>Facsimile: 214-840-5301<br>nfoley@neliganlaw.com<br>dbuncher@neliganlaw.com | ATTORNEYS FOR THE OFFICIAL<br>STANFORD INVESTORS' COMMITTEE |
| Kevin M. Sadler<br>Robert I Howell<br>David T. Arlington<br>BAKER BOTTS L.L.P.<br>1500 San Jacinto Center<br>98 San Jacinto Blvd.<br>Austin, Texas 78701-4039<br>Telephone: 512-322-2500<br>Facsimile: 512-322-2501<br>kevin.sadler@bakerbotts.com<br>robert.howell@bakerbotts.com<br>david.arlington@bakerbotts.com | ATTORNEYS FOR RECEIVER<br>RALPH S. JANVEY |
| Timothy S. Durst<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: 214-953-6500<br>Facsimile: 214-953-6503<br>tim.durst@bakerbotts.com | ATTORNEYS FOR RECEIVER<br>RALPH S. JANVEY |
| Peter D. Morgenstern<br>BUTZEL LONG<br>22nd Floor<br>380 Madison Ave.<br>New York, New York 10017<br>Telephone: 212-374-5379<br>morgenstern@butzel.com | ATTORNEYS FOR THE OFFICIAL<br>STANFORD INVESTORS COMMITTEE |

| | |
|---|---|
| Edward C. Synder<br>CASTILLO SNYDER, P.C.<br>Bank of America Plaza, Suite 1020<br>300 Convent Street<br>San Antonio, Texas 78205<br>Telephone: 210-630-4200<br>Facsimile: 210-630-4210<br>esnyder@casnlaw.com | ATTORNEYS FOR THE OFFICIAL<br>STANFORD INVESTORS COMMITTEE |
| Edward F. Valdespino<br>STRASBURGER & PRICE, LLP<br>300 Convent St., Suite 900<br>San Antonio, Texas  78205<br>Telephone:  210-250-6061<br>Facsimile:  210-258-2703<br>Edward.valdespino@strasburger.com | ATTORNEYS FOR THE OFFICIAL<br>STANFORD INVESTORS COMMITTEE |

*/s/ Theodore W. Daniel*
   Theodore W. Daniel