IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0294-N |
| | § | |
| TGC, LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This Order addresses Defendant TGC, LLC's ("Golf Channel") motion for attorneys' fees. Section 24.013 of the Texas Uniform Fraudulent Transfer Act states, "In any proceeding under this chapter, the court may award costs and reasonable attorney's fees as are equitable and just." TEX. BUS. & COM. CODE § 24.013. The Court determines that the Receiver's claims against Golf Channel were not frivolous, unreasonable, or without foundation, and awarding attorneys' fees in favor of Golf Channel would not be equitable or just. The Court therefore denies Golf Channel's motion.[1]

Signed April 15, 2014.

David C. Godbey
United States District Judge

---

[1] In view of this ruling, the Court need not choose between Texas and Florida law.

ORDER – SOLO PAGE